NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MAINLINE CORPORATE HOLDINGS, LIMITED**

---

2011-1609

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in No. 90/010,191.

---

**JUDGMENT**

---

MICHAEL N. RADER, Wolf, Greenfield & Sacks, P.C., of Boston, Massachusetts. argued for appellant. With him on the brief was CHELSEA A. LOUGHRAN.

FRANCES M. LYNCH. Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor and William LaMarca, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 14, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |